UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY SOLORZANO,

               Plaintiff,

    -against-

DISCOVER BANK,

               Defendant.

23-CV-06525 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's August 15th Order, ECF No. 8, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, no later than September 21, 2023. To date, the parties have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **Tuesday, September 26, 2023**.

    SO ORDERED.

Dated: September 25, 2023
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge